UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LARRY WILLIAM WILCOX,

    Defendant.
_____/

HONORABLE PAUL L. MALONEY

Case No. 1:09-cr-140

## ORDER GRANTING MOTION TO ALLOW LATE FILING

This matter is before the Court on Defendant Larry William Wilcox's Motion to Allow Late Filing of Defendant's Motion to Dismiss (Dkt. #28). The Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that the Motion to Allow Late Filing of Defendant's Motion to Dismiss (Dkt. #28) is **GRANTED**. The defendant's motion is accepted for filing.

Date: October 28, 2009

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge