# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

**UNITED STATES OF AMERICA,**

    Plaintiff,

Case No. 09-140

v.

HON. PAUL L. MALONEY

**LARRY WILLIAM WILCOX, SR.,**

    Defendant.
_____/

## STIPULATED ORDER TO AMEND DEFENDANT'S CONDITIONS OF RELEASE ON BOND

At a session of said Court, held in
the U.S. Courthouse & Federal Bldg.
Kalamazoo, Michigan
on __December 15, 2009__

PRESENT: __Paul L. Maloney__
                U.S. District Judge

UPON STIPULATION AND AGREEMENT of the parties to the above matter, and it appearing that the defendant has been in compliance with all of the terms and conditions of his pretrial release;

IT FURTHER APPEARING that the defendant's daughter, Jennifer Wilcox Neal who resides at 2017 St. Joseph Blvd., Fort Wayne, Indiana, has had continuing medical problems, post delivery of her child;

IT FURTHER APPEARING that this matter was addressed in open court on December 7, 2009, and that the parties have agreed that the defendant be allowed to travel, upon written notice to Pretrial Services with specificity as to when the travel is to occur, where the defendant will be staying, and phone contact information while he is in Fort Wayne, Indiana;

FINALLY, upon the representation that the Defendant will travel to Fort Wayne, Indiana by the most direct route of I-69 from his residence in Imlay City, Michigan to Fort Wayne, Indiana, passing through the Eastern District of Michigan, the Western District of Michigan and the Indiana counties of Stuben, DeKalb, Noble and Allen County, in this order.

IT IS HEREBY ORDERED that Defendant's conditions of release while on bond in the above-entitled matter, are hereby further amended to allow him to travel from his home in the Eastern District of Michigan to Northern District of Indiana upon prior written notice to Pretrial Services with an itinerary of the dates that he will be in Indiana as well as the contact addresses and phone numbers where he intends to be staying. This order is in effect until further order of this Honorable Court.

/s/ Paul L. Maloney
_____
U.S. District Judge

Approved:

| | |
|---|---|
| /s/ Hagen Walter Frank w/consent | /s/ James C. Thomas |
| Hagen Walter Frank | James C. Thomas P23801 |
| Assistant U.S. Attorney | Attorney for Defendant |
| Suite 501 | 2500 Buhl Building |
| 330 Ionia Ave N.W. | 535 Griswold Street |
| Grand rapids, MI 49503 | Detroit, MI 48226 |
| 616-456-2404 | 313-963-2420 |
| Hagen.Frank@usdoj.gov | jthomas@plunkettcooney.com |

DATED: December 14, 2009