UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

        Case No. 1:09-cr-140

LARRY WILLIAM WILCOX, SR.,

        HONORABLE PAUL L. MALONEY

        Defendant.

_____/

## ORDER GRANTING MOTION TO ADJOURN AND TAKING UNDER ADVISEMENT MOTION TO EXCLUDE

This matter is before the Court on the government's motion to adjourn (Dkt. #41) and the defendant's motion to exclude proposed government expert Dr. Mark Pitcavage and Special Agent Matthew R. Zentz (Dkt. #46). For the reasons and grounds set forth in the opinion from the bench on February 22, 2010, and incorporated herein by reference,

**IT IS HEREBY ORDERED** that the government's motion to adjourn (Dkt. #41) is **GRANTED**. The trial currently scheduled for March 1, 2010, is rescheduled and shall commence **March 8, 2010 at 9:00 a.m. at 128 Federal Building, Lansing, Michigan**.

**IT IS FURTHER ORDERED** that the defendant's motion to exclude proposed government expert Dr. Mark Pitcavage and Special Agent Matthew R. Zentz (Dkt. #46) is **TAKEN UNDER ADVISEMENT**.

Date: February 23, 2010          /s/ Paul L. Maloney
                                                               Paul L. Maloney
                                                               Chief United States District Judge