UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case No. 1:09-cr-140

    HONORABLE PAUL L. MALONEY

LARRY WILLIAM WILCOX, SR.,

    Defendant.
_____/

ORDER DENYING DEFENDANT'S MOTION TO EXCLUDE TESTIMONY

On February 21, 2010, Defendant Larry William Wilcox, Sr. filed a Motion to Exclude Proposed Government Expert Dr. Mark Pitcavage and Special Agent Matthew R. Zentz (Dkt. #46). On March 8, 2010, Defendant withdrew his objection to the testimony of Special Agent Matthew R. Zentz on the record, but maintained his objection to the testimony of Dr. Mark Pitcavage. For the reasons and grounds set forth in the opinion from the bench on March 9, 2010 which is incorporated herein by reference,

**IT IS HEREBY ORDERED** that Defendant's Motion to Exclude Proposed Government Expert Dr. Mark Pitcavage (Dkt. #46) is **DENIED**.

Date: March 12, 2010

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge