UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LARRY WILLIAM WILCOX, SR.,

    Defendant.
_____/

HONORABLE PAUL L. MALONEY

Case No. 1:09-cr-140

## VERDICT

This matter was tried to the Court without a jury. In accordance with the Court's findings of fact and conclusions of law stated on the record on March 18, 2010,

**IT IS HEREBY ORDERED AND ADJUDGED** that Defendant is **GUILTY** of both Counts of the Indictment: retaliating against federal judge by false claim in violation of 18 U.S.C. § 1521, and mail fraud in violation of 18 U.S.C. § 1341.

Date: March 22, 2010

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge